## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**CARLOS BRITO-VILLAR,**

    **Plaintiff,**

**v.**                                                              **No. 10-cv-0837 SMV**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration,**

    **Defendant.**

### ORDER GRANTING PLAINTIFF'S UNOPPOSED
### MOTION TO SUPPLEMENT RECORD

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Supplement Record [Doc. 38].  The Court, being informed that the Motion is unopposed, and being fully advised in the premises, FINDS that the Motion is well-taken and should be granted,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Unopposed Motion to Supplement Record [Doc. 38] is **GRANTED**.  Plaintiff is permitted to supplement the record with the Authorization to Charge and Collect Fee for work performed before the Commissioner dated March 20, 2013, attached to the Unopposed Motion to Supplement Record. *See* [Doc. 38-1].

    **IT IS SO ORDERED**.

                                                            _____
                                                            **STEPHAN M. VIDMAR**
                                                            **United States Magistrate Judge**